# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**FUJITRANS USA (FT EXPRESS),**　　　　　Case No.　**3:12-CV-419**

　　　Appellant,

　　　　　　　　　　　　　　　　　　　　　**Judge Timothy S. Black**

**-vs-**

**BARKO ENTERPRISES INC.,**

　　　Appellee.

_____

**JUDGMENT IN A CIVIL CASE**
_____

　　**[ ]　Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

　　**[X]　Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

　　**IT IS ORDERED AND ADJUDGED** that an Order (Doc. 8) **DISMISSED** the appeal pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and failure to comply with court orders; and the case is **CLOSED** from the docket of the Court.

Date: February 27, 2013　　　　　　　　　　　　　　**JOHN P. HEHMAN, CLERK**

　　　　　　　　　　　　　　　　　　　　　　By: *s/ M. Rogers*
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk